ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NY 10007-1581
(212) 805-0152

TO:     Concerned Parties

FROM:   Brigitte Jones, Courtroom Deputy     Date: 3/16/2020
        by Order of Judge Alvin K. Hellerstein

Joseph E. Chille v. Boehringer Ingelheim Pharmaceuticals, Inc., et al. - 19 Civ. 11515(AKH)

The initial pre-trial conf. previously set for 3/20/2020 is hereby adjourned.

You are hereby notified that you are required to appear for an initial pre-trial conf.

>   Date : April 24, 2020
>   Time: 10:00 am
>   Place: U.S. Courthouse - Southern District of New York
>       500 Pearl Street
>       Courtroom 14D
>       New York, New York 10007

It is ORDERED that counsel to whom this Order is sent is responsible for faxing a copy to all counsel involved in this case and retaining verification of such in the case file. Do not fax such verification to Chambers.

So Ordered,

/s/ Alvin K. Hellerstein
3-16-2020